Sophia S. Lau, Esq. (Nevada Bar No. 13365)
*slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Defendant
COMMONWEALTH LAND TITLE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-2, a Federal Savings Bank, <br><br> Plaintiff, <br><br> vs. <br><br> COMMONWEALTH LAND TITLE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:18-cv-02023-GMN-PAL <br><br> **STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT COMMONWEALTH LAND TITLE INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT** <br><br> **(First Request)** |

1
**STIPULATION AND PROPOSED ORDER**

Plaintiff Wilmington Trust, National Association, Not in Individual Capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Wilmington Trust"), and Defendant Commonwealth Land Title Insurance Company, ("Commonwealth"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, Wilmington Trust filed its Complaint in this matter on October 19, 2018 (ECF No. 1);

**WHEREAS**, Commonwealth was served with the Summons and Complaint on or about November 28, 2018;

**WHEREAS**, Commonwealth's response to the Complaint is due on December 19, 2018;

**WHEREAS**, counsel for Commonwealth was only recently retained and requires additional time to respond to the Complaint;

**WHEREAS**, this is the first stipulation for an extension of Commonwealth's time to respond to the Complaint; and

**WHEREAS**, Wilmington Trust has agreed to extend Commonwealth's time to respond to the Complaint to January 18, 2019,

Now, therefore, the parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

//
//
//
//
//
//
//
//
//
//



246052.2

1. Commonwealth shall file its response to the Complaint in this matter on or before January 18, 2019.

Dated this 19th day of December 2018

                                      EARLY SULLIVAN WRIGHT
                                        GIZER & McRAE LLP

By: */s/ Sophia S. Lau*
Sophia S. Lau, Esq.
Nevada Bar No. 13365
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101

Attorneys for Defendant
Commonwealth Land Title Insurance Company

Dated this 19th day of December 2018    WRIGHT, FINLAY & ZAK, LLP

By: */s/ Lindsay D. Robbins*
Christopher A.J. Swift, Esq.
Nevada Bar No. 11291
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Attorneys for Plaintiff
Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2

**ORDER**

**IT IS SO ORDERED:**

By: *[signature]*
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

Dated: December 21, 2018

_____