1  WRIGHT, FINLAY & ZAK, LLP
   Christopher A.J. Swift, Esq.
2  Nevada Bar No. 11291
3  Lindsay D. Robbins, Esq.
   Nevada Bar No. 13474
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
6  lrobbins@wrightlegal.net
   *Attorney for Plaintiff Wilmington Trust, National Association, not in its individual capacity but
7  as Trustee of ARLP Securitization Trust, Series 2014-2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-2, a Federal Savings Bank,<br><br>Plaintiff,<br>vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:18-cv-02023-GMN-PAL<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING PLAINTIFF'S TIME PERIOD TO RESPOND TO COMMONWEALTH'S MOTION TO DISMISS [ECF NO. 10]**<br><br>**(First Request)** |

Plaintiff Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 (hereinafter "Wilmington"), and Defendant Commonwealth Land Title Insurance Company, ("Commonwealth") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows.

Wilmington filed its Complaint on October 19, 2018 [ECF No. 1] and Commonwealth filed its Motion to Dismiss on January 18, 2019 [ECF No. 10]. In order to review the points and authorities cited by Commonwealth in its Motion to Dismiss and provide a complete response,

the Parties agree to extend the deadline for Wilmington to file response by 30 days, to **March 3, 2019**.

This is the Parties' first request for an extension and is not intended to cause delay or prejudice to any party.

IT IS SO STIPULATED

DATED this 28th day of January, 2019.   DATED this 28th day of January, 2019.

**WRIGHT, FINLAY & ZAK, LLP**   **EARLY SULLIVAN WRIGHT GIZER & McREA LLP**

*/s/ Lindsay D. Robbins*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff Wilmington Trust, National Association,*
*not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2*

*/s/ Sophia S. Lau, Esq.*
Sophia S. Lau, Esq.
Nevada Bar No. 13365
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant, Commonwealth Land Title Insurance Company*

### **ORDER**

**IT IS SO ORDERED.**

Dated this 1 day of February, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I electronically served the foregoing **STIPULATION AND PROPOSED ORDER EXTENDING PLAINTIFF'S TIME PERIOD TO RESPOND TO COMMONWEALTH'S MOTION TO DISMISS (First Request)** was made on January 28, 2019, to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

*/s/ Tonya Sessions*
An Employee of WRIGHT, FINLAY & ZAK, LLP