WRIGHT, FINLAY & ZAK, LLP
Christopher A.J. Swift, Esq.
Nevada Bar No. 11291
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorney for Plaintiff Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-2, a Federal Savings Bank,<br><br>Plaintiff,<br>vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:18-cv-02023-GMN-PAL<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING PLAINTIFF'S TIME PERIOD TO RESPOND TO COMMONWEALTH'S MOTION TO DISMISS [ECF NO. 10]**<br><br>**(Second Request)** |

Plaintiff Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 (hereinafter "Wilmington"), and Defendant Commonwealth Land Title Insurance Company, ("Commonwealth") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows.

Wilmington filed its Complaint on October 19, 2018 [ECF No. 1] and Commonwealth filed its Motion to Dismiss on January 18, 2019 [ECF No. 10] (hereinafter "Motion"). The Parties filed their first request to extend the time period to respond to Commonwealth's Motion on February 1, 2019, inadvertently requesting a deadline of March 3, 2019, a Sunday, for

Wilmington to file its response [ECF No. 14]. The Court granted the stipulation, entering a response deadline of March 3, 2019 [ECF No. 16]. Because the Parties did not realize that the requested deadline falls on a Sunday, the Parties request a brief extension for Wilmington to respond to the Motion. Additionally, due to several unforeseen scheduling conflicts, Counsel for Wilmington requests a brief extension to the deadline to respond to the Motion, from March 3, 2019 to **March 8, 2019**.

This is the Parties' second request for an extension and is not intended to cause delay or prejudice to any party.

IT IS SO STIPULATED

DATED this 1st day of March, 2019.   DATED this 1st day of March, 2019.

**WRIGHT, FINLAY & ZAK, LLP**   **EARLY SULLIVAN WRIGHT GIZER & McRAE LLP**

*/s/ Lindsay D. Robbins*   */s/ Sophia S. Lau, Esq.*
Lindsay D. Robbins, Esq.   Sophia S. Lau, Esq.
Nevada Bar No. 13474   Nevada Bar No. 13365
7785 W. Sahara Ave., Suite 200   601 South Seventh Street, 2nd Floor
Las Vegas, NV 89117   Las Vegas, Nevada 89101
*Attorney for Plaintiff Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2*   *Attorneys for Defendant, Commonwealth Land Title Insurance Company*

**ORDER**

**IT IS SO ORDERED.**

DATED this 4 day of March, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

*Respectfully submitted by:*

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Lindsay D. Robbins, Esq.*
Lindsay D. Robbins, Esq.
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I electronically served the foregoing **STIPULATION AND PROPOSED ORDER EXTENDING PLAINTIFF'S TIME PERIOD TO RESPOND TO COMMONWEALTH'S MOTION TO DISMISS (Second Request)** was made on March 1, 2019, to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

*/s/ Tonya Sessions*
An Employee of WRIGHT, FINLAY & ZAK, LLP