WRIGHT, FINLAY & ZAK, LLP
Matthew S. Carter, Esq.
Nevada Bar No. 9524
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorney for Plaintiff Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-2, a Federal Savings Bank,<br><br>Plaintiff,<br>vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:18-cv-02023-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S EMERGENCY MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF [ECF NO. 28]**<br><br>**[FIRST REQUEST]** |

Plaintiff Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Wilmington"), and Defendant Commonwealth Land Title Insurance Company ("Commonwealth"), by and through their respective attorneys of records, hereby stipulates and agrees as follows.

1. On May 14, 2019, Commonwealth filed an Emergency Motion for Leave to File Supplemental Brief in Support of Defendant Commonwealth Land Title Insurance Company's Motion to Dismiss Plaintiff's Complaint; Declaration of Sophia S. Lau [ECF No. 28] ("Motion");

Page 1 of 3

265039.1

2. Deutsche Bank's response to Commonwealth's Motion is due May 28, 2019;

3. Deutsche Bank's counsel is requesting an additional three (3) days to file its response to Commonwealth's Motion, and thus requests up to May 31, 2019, to file its response;

4. This extension is requested to allow Counsel for Deutsche Bank additional time to review and respond to the points and authorities cited to in Commonwealth's Motion.

5. Counsel for Commonwealth does not oppose this extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 28th day of May, 2019.

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Lindsay D. Robbins*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2*

DATED this 28th day of May, 2019.

**EARLY SULLIVAN WRIGHT GIZER & McRAE LLP**

*/s/ Sophia S. Lau*
Sophia S. Lau, Esq.
Nevada Bar No. 13365
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant, Commonwealth Land Title Insurance Company*

Case No.: 2:18-cv-02023-GMN-BNW

**ORDER**

**IT IS SO ORDERED.**

Dated this  5  day of June, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT JUDGE

1 | *Respectfully submitted by:*
2 | **WRIGHT, FINLAY & ZAK, LLP**
3 |
4 | */s/ Lindsay D. Robbins*
Lindsay D. Robbins, Esq.
5 | Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
6 | Las Vegas, NV 89117
7 | *Attorney for Plaintiff Wilmington Trust, National Association,*
8 | *not in its individual capacity but as Trustee of ARLP Securitization Trust,*
9 | *Series 2014-2*

265039.1