WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorney for Plaintiff Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-2, a Federal Savings Bank,<br><br>Plaintiff,<br>vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:18-cv-02023-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO STAY [ECF No. 45]**<br><br>**[First Request]** |

Plaintiff Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Wilmington"), and Defendant Commonwealth Land Title Insurance Company, ("Commonwealth") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On November 18, 2019, Commonwealth filed a Motion to Stay [ECF No. 45];

2. Wilmington's response to Commonwealth's Motion is due December 2, 2019;

3. Wilmington's counsel is requesting an additional fourteen (14) days to file its response to Commonwealth's Motion, and thus requests up to December 16, 2019, to file its Opposition;

1     4. This extension is requested to allow Counsel for Wilmington additional time to review and respond to the points and authorities cited to in Commonwealth's Motion. Further, counsel for Wilmington and Commonwealth have been engaged in negotiations regarding the extent of a potential stay of litigation but have been unable to reach an agreement, to date;

5. Counsel for Commonwealth does not oppose the extension and counsel for Wilmington and Commonwealth will continue their discussions regarding whether an agreement to stay the litigation can be reached without judicial intervention;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 2nd day of December, 2019.      DATED this 2nd day of December, 2019.

**WRIGHT, FINLAY & ZAK, LLP**      **EARLY SULLIVAN WRIGHT GIZER & McREA LLP**

/s/ Christina V. Miller      /s/ Kevin S. Sinclair
Christina V. Miller, Esq.      Kevin S. Sinclair, Esq.
Nevada Bar No. 12448      Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200      8716 Spanish Ridge Ave., Suite 105
Las Vegas, NV 89117      Las Vegas, Nevada 89148
*Attorney for Plaintiff Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2*      *Attorneys for Defendant, Commonwealth Land Title Insurance Company*

**ORDER**

**IT IS SO ORDERED.**
Dated this **3** day of December, 2019

_____
Gloria M. Navarro, District Judge
United States District Court