WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq. (NBN 8386)
Christina V. Miller, Esq. (NBN 12448)
Lindsay D. Dragon, Esq. (NBN 13474)
Yanxiong Li, Esq. (NBN 12807)
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
cmiller@wrightlegal.net
ldragon@wrightlegal.net
yli@wrightlegal.net
*Attorney for Plaintiff, Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-2, a Federal Savings Bank,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.:  2:18-cv-02023-GMN-BNW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS [ECF NO. 83]**<br><br>**(First Request)** |

COMES NOW, Plaintiff, Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Wilmington Trust") and Defendant, Commonwealth Land Title Insurance Company ("Commonwealth", collectively, the "Parties"), by and through their respective undersigned counsels, stipulate and agree as follows:

1. On March 12, 2024, Commonwealth filed a Motion to Dismiss [ECF Nos. 83];
2. Wilmington Trust's deadline to respond to Commonwealth's Motion to Dismiss is currently March 26, 2024;

3. This is one of five cases pending before this Court in which similar Motions to Dismiss have been filed and with the same deadline for a response[1]. Good cause exists for a brief extension as counsel for Wilmington Trust reasonably requires additional time to diligently prepare responses given the numerous Motions to Dismiss due at the same time. Wilmington Trust requests a two-week extension up to and including April 9, 2024 to file its response to Commonwealth's Motion to Dismiss;

4. Counsel for Commonwealth does not oppose the requested extension;

5. This is the first request for an extension and is made in good faith and not for purposes of undue delay or prejudice.

**IT IS SO STIPULATED.**

DATED this 25th day of March, 2024.

WRIGHT, FINLAY & ZAK, LLP

/s/ *Yanxiong Li, Esq.*
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2*

DATED this 25th day of March, 2024.

SINCLAIR BRAUN KARGHER LLP

/s/ *Kevin S. Sinclair, Esq.*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
15260 Ventura Blvd., Ste 715
Sherman Oaks, California 91403
*Attorneys for Defendant, Commonwealth Land Title Insurance Company*

**IT IS SO ORDERED**.

DATED: March 26, 2024

_____
DISTRICT COURT JUDGE

---

[1] The other four cases being *Wells Fargo Bank, N.A. v. Commonwealth Land Title Insurance Company*, Case No. 2:19-cv-00803-GMN-EJY; *U.S. Bank National Association v. Fidelity National Title Group, Inc., et al*, Case No. 2:21-cv-01454-GMN-NJK; *U.S. Bank, National Association v. Fidelity National Title Insurance Company*, Case No. 2:19-cv-00809-GMN-BNW; *Deutsche Bank National Trust Company v. Fidelity National Title Group, Inc., et al*, Case No. 2:20-cv-01886-GMN-BNW.