Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
COMMONWEALTH LAND TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION,<br><br>               Plaintiff,<br><br>     vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>               Defendant. | Case No.: 2:18-CV-02023-GMN-BNW<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |



1
**STIPULATION TO DISMISS ACTION WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Wilmington Trust and defendant Commonwealth Land Title Insurance Company stipulate to the **DISMISSAL WITH PREJUDICE** of this action, with each party to bear its own fees and costs.

Dated: April 22, 2024          SINCLAIR BRAUN KARGHER LLP

                               By: */s/-Kevin S. Sinclair*
                               KEVIN S. SINCLAIR
                               Attorneys for Defendants
                               COMMONWEALTH LAND TITLE
                               INSURANCE COMPANY

Dated: April 22, 2024          WRIGHT FINLAY & ZAK LLP

                               By: */s/-Christina V. Miller*
                               CHRISTINA V. MILLER
                               Attorneys for Plaintiff
                               WILMINGTON TRUST

**IT IS SO ORDERED.**

**Dated this  22  day of April, 2024**

                               _____
                               THE HON. GLORIA M. NAVARRO
                               UNITED STATES DISTRICT JUDGE

